# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMEN MANGASARYAN,<br>　　　Petitioner<br>　　v.<br>CLARK E. DUCART,<br>　　　Respondent. | Case No. CV 15-3340-DMG (GJS)<br><br>**JUDGMENT** |

   Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that this action is dismissed, with prejudice, as untimely.

DATED: July 29, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE